**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Eugenia Charmaine Berry |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of South Carolina (State) |
| Case number | 14-00605-hb ( Spartanburg) |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

### Part 1:    Mortgage Information

**Name of creditor:** the    U.S. Bank Trust National Assoc, as Trustee of Igloo Series III Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account:    6  1  5  7

**Property address:**    264 Hidden Hill Drive
Number        Street

Rock Hill                SC        29730
City                        State        ZIP Code

---

### Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

---

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM / DD /YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    02/01/2019- 05/01/2019 4 @ $1,370.66    (a)  $ 5,482.64

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $ _____

c.  **Total**. Add lines a and b.    (c)  $ 5,482.64

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    02 /01 /2019
MM / DD / YYYY

Funds in suspense    $1,110.54
Total Due    $4,372.10

---

| Debtor 1 | Eugenia Charmaine Berry | | | Case number *(if known)* | 14-00605-hb |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**   **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**   **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ s/ January N. Taylor
_____
Signature

Date   05 / 03 / 2019

| Print | January | N. | Taylor | | Title | Attorney for Creditor |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

Company   McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3550 Engineering Drive. Suite 260
_____
Number        Street

Peachtree Corners,                    GA          30092
City                                State        ZIP Code

Contact phone  ( 404 ) 474 – 1749          Email  jtaylor@mtglaw.com


BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 3/1/2014 | $798.93 | $223.64 | $1,022.57 | w/POC |
| 2/1/2015 | $798.93 | $264.64 | $1,063.57 | 12/23/2014 |
| 10/1/2015 | $928.17 | $264.64 | $1,192.81 | 8/13/2015 |
| 2/1/2016 | $928.17 | $233.52 | $1,161.69 | 12/17/2015 |
| 5/1/2017 | $1,064.60 | $235.89 | $1,300.49 | 3/31/2017 |
| 10/1/2017 | $1,134.77 | $235.89 | $1,370.66 | 8/25/2017 |

**Loan Information**

| Loan # | |
|---|---|
| Borrower | Berry, Eugenia |
| BK Case # | 14-00605-hb |
| Date Filed | 1/31/2014 |
| 1st Post Petition Due | 3/1/2014 |
| POC Filed Date | 05/28/01 |
| POC Amount | $22,439.90 |
| POC Covers | 7/1/12 to 1/1/14 |
| TOC Filed | No |

| Date | Amount Rcvd | Post Pet Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Balance | Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | AO Balance | AO Due | Date | Amt Rcvd | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/14 | $581.00 | | | $581.00 | $581.00 | | $581.00 | $22,439.90 | 08/05/14 | $1,590.49 | | $1,590.49 | $1,590.49 | $9,010.04 | $750.84 | 03/28/17 | $775.00 | |
| 04/02/14 | $585.00 | | | $585.00 | $585.00 | | $1,166.00 | $20,849.41 | 09/04/14 | $309.91 | $1,022.57 | $877.83 | $1,900.40 | $8,235.04 | $750.84 | 05/02/17 | $775.00 | |
| 04/08/14 | $1,022.57 | 03/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $143.43 | $20,539.50 | 10/03/14 | $312.75 | | $1,190.58 | $2,213.15 | $7,460.04 | $750.84 | 05/31/17 | $775.00 | |
| 04/15/14 | $585.00 | | | $585.00 | $585.00 | | $728.43 | $20,226.75 | 11/03/14 | $312.74 | $1,022.57 | $480.75 | $2,525.89 | $6,685.04 | $750.84 | 06/26/17 | $775.00 | |
| 04/29/14 | $580.00 | | | $580.00 | $580.00 | | $1,308.43 | $19,914.01 | 12/01/14 | $312.75 | | $793.50 | $2,838.64 | $5,910.04 | $750.84 | 07/27/17 | $788.31 | |
| 05/01/14 | $1,022.57 | 04/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $285.86 | $19,601.26 | 01/02/15 | $312.74 | | $1,106.24 | $3,151.38 | $5,121.73 | $750.84 | 08/23/17 | $775.00 | |
| 05/09/14 | -$585.00 | | | -$585.00 | -$585.00 | | -$299.14 | $19,288.52 | 02/03/15 | $312.75 | $1,022.57 | $396.42 | $3,464.13 | $4,346.73 | $750.84 | 10/20/17 | $775.00 | NSF |
| 05/09/14 | -$580.00 | 04/01/14 | | -$580.00 | -$580.00 | -$1,022.57 | $143.43 | $18,975.77 | 03/03/15 | $431.82 | | $828.24 | $3,895.95 | $3,571.73 | $750.84 | 10/30/17 | $775.00 | NSF |
| 05/13/14 | $587.00 | | | $587.00 | $587.00 | | $730.43 | $18,543.95 | 04/01/15 | $380.78 | | $1,209.02 | $4,276.73 | $2,796.73 | $750.84 | 12/05/17 | $775.00 | |
| 05/21/14 | $587.00 | | | $587.00 | $587.00 | | $1,317.43 | $18,163.17 | 05/01/15 | $350.39 | $1,022.57 | $536.84 | $4,627.12 | $2,021.73 | $750.84 | 01/30/18 | $775.00 | |
| 05/22/14 | $1,022.57 | 04/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $294.86 | $17,812.78 | 06/02/15 | $332.44 | | $869.28 | $4,959.56 | $1,246.73 | $750.84 | 02/27/18 | $775.00 | |
| 06/17/14 | $600.00 | | | $600.00 | $600.00 | | $894.86 | $17,480.34 | 07/01/15 | $321.90 | | $1,191.18 | $5,281.46 | $471.73 | $750.84 | | | |
| 07/01/14 | $500.00 | | | $500.00 | $500.00 | | $1,394.86 | $17,158.44 | 08/04/15 | $324.30 | $1,022.57 | $492.91 | $5,605.76 | | $9,010.04 | | | |
| 07/02/14 | $1,022.57 | 05/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $372.29 | $16,834.14 | 09/01/15 | $386.54 | | $879.45 | $5,992.30 | | | | | |
| 07/15/14 | $587.00 | | | $587.00 | $587.00 | | $959.29 | $16,447.60 | 10/02/15 | $441.53 | $1,022.57 | $298.41 | $6,433.83 | | | | | |
| 07/29/14 | $587.00 | | | $587.00 | $587.00 | | $1,546.29 | $16,006.07 | 11/03/15 | $664.27 | | $962.68 | $7,098.10 | | | | | |
| 07/30/14 | $1,022.57 | 06/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $523.72 | $15,341.80 | 12/01/15 | $637.17 | | $1,599.85 | $7,735.27 | | | | | |
| 08/12/14 | $587.00 | | | $587.00 | $587.00 | | $1,110.72 | $14,704.63 | 01/06/16 | $1,321.10 | $1,022.57 | $1,698.38 | $8,856.37 | | | | | |
| 08/15/14 | $1,022.57 | 07/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $88.15 | $13,583.53 | 02/03/16 | $564.58 | $1,022.57 | $1,240.39 | $9,420.95 | | | | | |
| 09/09/14 | $587.00 | | | $587.00 | $587.00 | | $675.15 | $13,018.95 | 04/01/16 | $1,274.34 | $1,022.57 | $1,492.16 | $10,695.29 | | | | | |
| 10/23/14 | $800.00 | | | $800.00 | $800.00 | | $1,475.15 | $11,744.61 | 05/04/16 | $717.83 | $1,022.57 | $1,187.42 | $11,413.12 | | | | | |
| 10/24/14 | $1,022.57 | 08/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $452.58 | $11,026.78 | 06/01/16 | $717.83 | $1,022.57 | $882.68 | $12,130.95 | | | | | |
| 11/18/14 | $1,000.00 | | | $1,000.00 | $1,000.00 | | $1,452.58 | $10,308.95 | 07/01/16 | $637.17 | | $1,519.85 | $12,768.12 | | | | | |
| 11/19/14 | $1,022.57 | 09/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $430.01 | $9,671.78 | 08/03/16 | $637.17 | $1,022.57 | $1,134.45 | $13,405.29 | | | | | |
| 12/02/14 | $587.00 | | | $587.00 | $587.00 | | $1,017.01 | $9,034.61 | 09/01/16 | $637.17 | $1,022.57 | $749.05 | $14,042.46 | | | | | |
| 01/20/15 | $587.00 | | | $587.00 | $587.00 | | $1,604.01 | $8,397.44 | 11/04/16 | $637.17 | $1,022.57 | $363.65 | $14,679.63 | | | | | |
| 01/21/15 | $1,022.57 | 10/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $581.44 | $7,760.27 | 12/02/16 | $637.17 | | $1,000.82 | $15,316.80 | | | | | |
| 02/09/15 | $587.00 | | | $587.00 | $587.00 | | $1,168.44 | $7,123.10 | 01/03/17 | $1,296.14 | $1,022.57 | $1,274.39 | $16,612.94 | | | | | |
| 02/12/15 | $1,022.57 | 11/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $145.87 | $5,826.96 | 03/03/17 | $1,274.34 | $1,022.57 | $1,526.16 | $17,887.28 | | | | | |
| 02/24/15 | $587.00 | | | $587.00 | $587.00 | | $732.87 | $4,552.62 | 04/25/17 | $637.17 | $1,300.49 | $862.84 | $18,524.45 | | | | | |
| 03/10/15 | $587.00 | | | $587.00 | $587.00 | | $1,319.87 | $3,915.45 | 05/05/17 | $637.17 | | $1,500.01 | $19,161.62 | | | | | |
| 03/11/15 | $1,022.57 | 12/01/14 | $1,022.57 | $0.00 | | $1,022.57 | $297.30 | $3,278.28 | 06/02/17 | $637.17 | $1,300.49 | $836.69 | $19,798.79 | | | | | |
| 03/24/15 | $587.00 | | | $587.00 | $587.00 | | $884.30 | $2,641.11 | 07/17/17 | $647.02 | $1,300.49 | $183.22 | $20,445.81 | | | | | |
| 04/23/15 | $587.00 | | | $587.00 | $587.00 | | $1,471.30 | $1,994.09 | 08/09/17 | $647.02 | | $830.24 | $21,092.83 | | | | | |
| 04/24/15 | $1,022.57 | 01/01/15 | $1,022.57 | $0.00 | | $1,022.57 | $648.73 | $1,347.07 | 09/13/17 | $647.02 | | $1,477.26 | $21,739.85 | | | | | |
| 05/05/15 | $587.00 | | | $587.00 | $587.00 | | $1,035.73 | $700.05 | 10/27/17 | $647.01 | | $2,124.27 | $22,386.86 | | | | | |
| 06/02/15 | $587.00 | | | $587.00 | $587.00 | | $1,622.73 | $53.04 | 01/18/18 | $53.04 | $1,300.49 | $476.82 | $22,439.90 | | | | | |
| 06/03/15 | $1,063.57 | 02/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $559.16 | $0.00 | | | | | | | | | | |
| 06/16/15 | $578.00 | | | $578.00 | $578.00 | | $1,137.16 | $0.00 | | | | | | | | | | |
| 07/14/15 | $587.00 | | | $587.00 | $587.00 | | $1,724.16 | $0.00 | | | | | | | | | | |
| 07/15/15 | $1,063.57 | 03/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $660.59 | $0.00 | | | | | | | | | | |
| 08/28/15 | $600.00 | | | $600.00 | $600.00 | | $1,260.59 | $0.00 | | | | | | | | | | |
| 09/10/15 | $600.00 | | | $600.00 | $600.00 | | $1,860.59 | $0.00 | | | | | | | | | | |
| 09/22/15 | $600.00 | | | $600.00 | $600.00 | | $2,460.59 | $0.00 | | | | | | | | | | |
| 09/23/15 | $1,063.57 | 04/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $1,397.02 | $0.00 | | | | | | | | | | |
| 09/23/15 | $1,063.57 | 05/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $333.45 | $0.00 | | | | | | | | | | |
| 10/21/15 | $600.00 | | | $600.00 | $600.00 | | $933.45 | $0.00 | | | | | | | | | | |
| 11/04/15 | $600.00 | | | $600.00 | $600.00 | | $1,533.45 | $0.00 | | | | | | | | | | |
| 11/05/15 | $1,063.57 | 06/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $469.88 | $0.00 | | | | | | | | | | |
| 11/18/15 | $300.00 | | | $300.00 | $300.00 | | $769.88 | $0.00 | | | | | | | | | | |
| 12/15/15 | $600.00 | | | $600.00 | $600.00 | | $1,369.88 | $0.00 | | | | | | | | | | |
| 12/15/15 | $1,063.57 | 07/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $306.31 | $0.00 | | | | | | | | | | |
| 01/26/16 | $600.00 | | | $600.00 | $600.00 | | $906.31 | $0.00 | | | | | | | | | | |
| 02/20/16 | $600.00 | | | $600.00 | $600.00 | | $1,506.31 | $0.00 | | | | | | | | | | |
| 02/20/16 | $1,063.57 | 08/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $442.74 | $0.00 | | | | | | | | | | |
| 03/23/16 | $600.00 | | | $600.00 | $600.00 | | $1,042.74 | $0.00 | | | | | | | | | | |
| 04/26/16 | $100.00 | | | $100.00 | $100.00 | | $1,142.74 | $0.00 | | | | | | | | | | |
| 04/26/16 | $300.00 | | | $300.00 | $300.00 | | $1,442.74 | $0.00 | | | | | | | | | | |
| 04/28/16 | $1,063.57 | 09/01/15 | $1,063.57 | $0.00 | | $1,063.57 | $379.17 | $0.00 | | | | | | | | | | |
| 05/18/16 | $300.00 | | | $300.00 | $300.00 | | $679.17 | $0.00 | | | | | | | | | | |
| 06/02/16 | $600.00 | | | $600.00 | $600.00 | | $1,279.17 | $0.00 | | | | | | | | | | |
| 06/02/16 | $1,192.81 | 10/01/15 | $1,192.81 | $0.00 | | $1,192.81 | $86.36 | $0.00 | | | | | | | | | | |
| 06/27/16 | $600.00 | | | $600.00 | $600.00 | | $686.36 | $0.00 | | | | | | | | | | |
| 07/29/16 | $600.00 | | | $600.00 | $600.00 | | $1,286.36 | $0.00 | | | | | | | | | | |
| 07/29/16 | $1,192.81 | 11/01/15 | $1,192.81 | $0.00 | | $1,192.81 | $93.55 | $0.00 | | | | | | | | | | |
| 08/01/16 | $600.00 | | | $600.00 | $600.00 | | $693.55 | $0.00 | | | | | | | | | | |
| 08/31/16 | $1,300.00 | | | $1,300.00 | $1,300.00 | | $1,993.55 | $0.00 | | | | | | | | | | |
| 08/31/16 | $1,192.81 | 12/01/15 | $1,192.81 | $0.00 | | $1,192.81 | $800.74 | $0.00 | | | | | | | | | | |
| 09/29/16 | $1,300.00 | | | $1,300.00 | $1,300.00 | | $2,100.74 | $0.00 | | | | | | | | | | |
| 09/29/16 | $1,192.81 | 01/01/16 | $1,192.81 | $0.00 | | | | $2,100.74 | $0.00 | | | | | | | | | | |
| 10/24/16 | $1,300.00 | | | $1,300.00 | $1,300.00 | | $3,400.74 | $0.00 | | | | | | | | | | |
| 10/24/16 | $1,161.69 | 02/01/16 | $1,161.69 | $0.00 | | | | $2,239.05 | $0.00 | | | | | | | | | | |
| 11/28/16 | $1,300.00 | 03/01/16 | $1,161.69 | $138.31 | $138.31 | | $2,377.36 | $0.00 | | | | | | | | | | |
| 11/28/16 | $1,161.69 | 04/01/16 | $1,161.69 | $0.00 | | $1,161.69 | $1,215.67 | $0.00 | | | | | | | | | | |
| 12/28/16 | $1,300.00 | 05/01/16 | $1,161.69 | $138.31 | $138.31 | | $1,353.98 | $0.00 | | | | | | | | | | |
| 01/28/17 | $1,150.00 | | | $1,150.00 | $1,150.00 | | $2,503.98 | $0.00 | | | | | | | | | | |
| 01/28/17 | $1,161.69 | 06/01/16 | $1,161.69 | $0.00 | | $1,161.69 | $1,342.29 | $0.00 | | | | | | | | | | |
| 02/16/17 | $1,150.00 | | | $1,150.00 | $1,150.00 | | $2,492.29 | $0.00 | | | | | | | | | | |
| 02/16/17 | $1,161.69 | 07/01/16 | $1,161.69 | $0.00 | | | | $1,330.60 | $0.00 | | | | | | | | | | |
| 03/28/17 | $1,161.69 | 03/01/17 | $1,161.69 | $0.00 | | $111.69 | | $1,218.91 | $0.00 | | | | | | | | | | |
| 05/09/17 | $1,161.69 | 04/01/17 | $1,161.69 | $0.00 | | | | $1,218.91 | $0.00 | | | | | | | | | | |
| 05/11/17 | $1,300.49 | 05/01/17 | $1,300.49 | $0.00 | | | | $1,218.91 | $0.00 | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/17 | $1,300.49 | 06/01/17 | $1,300.49 | $0.00 | | | $1,218.91 | $0.00 | | | | | | | | |
| 08/23/17 | $1,300.49 | 07/01/17 | $1,300.49 | $0.00 | | | $1,218.91 | $0.00 | | | | | | | | |
| 09/28/17 | $1,846.92 | 08/01/17 | $1,300.49 | $546.43 | $546.43 | | $1,765.34 | $0.00 | | | | | | | | |
| 10/20/17 | $2,150.00 | 09/01/17 | $1,300.49 | $849.51 | $849.51 | | $2,614.85 | $0.00 | | | | | | | | |
| 11/08/17 | $1,375.00 | 10/01/17 | $1,370.66 | $4.34 | $4.34 | | $2,619.19 | $0.00 | | | | | | | | |
| 12/05/17 | $2,150.00 | 11/01/17 | $1,370.66 | $779.34 | $779.34 | | $3,398.53 | $0.00 | | | | | | | | |
| 01/17/18 | $1,339.93 | 12/01/17 | $1,370.66 | -$30.73 | | $30.73 | $3,367.80 | $0.00 | | | | | | | | |
| 02/27/18 | $2,150.00 | 01/01/18 | $1,370.66 | $779.34 | $779.34 | | $4,147.14 | $0.00 | | | | | | | | |
| 03/27/18 | $1,695.00 | 02/01/18 | $1,370.66 | $324.34 | $324.34 | | $4,471.48 | $0.00 | | | | | | | | |
| 5/14/2018 | $1,375.00 | 03/01/18 | $1,370.66 | $4.34 | $4.34 | | $4,475.82 | $0.00 | | | | | | | | |
| 6/6/2018 | $1,375.00 | 04/01/18 | $1,370.66 | $4.34 | $4.34 | | $4,480.16 | $0.00 | | | | | | | | |
| 7/3/2018 | $1,375.00 | 05/01/18 | $1,370.66 | $4.34 | $4.34 | | $4,484.50 | $0.00 | | | | | | | | |
| 8/1/2018 | $1,370.66 | 06/01/18 | $1,370.66 | $0.00 | | | $4,484.50 | $0.00 | | | | | | | | |
| 9/11/2018 | $1,370.66 | 07/01/18 | $1,370.66 | $0.00 | | | $4,484.50 | $0.00 | | | | | | | | |
| 10/23/2018 | $1,375.00 | 08/01/18 | $1,370.66 | $4.34 | $4.34 | | $4,488.84 | $0.00 | | | | | | | | |
| 1/2/2019 | $1,375.00 | 09/01/18 | $1,370.66 | $4.34 | $4.34 | | $4,493.18 | $0.00 | | | | | | | | |
| 2/11/2019 | $1,575.00 | 10/01/18 | $1,370.66 | $204.34 | $204.34 | | $4,697.52 | $0.00 | | | | | | | | |
| 4/9/2019 | $1,575.00 | 11/01/18 | $1,370.66 | $204.34 | $204.34 | | $4,901.86 | $0.00 | | | | | | | | |
| | | 12/01/18 | $1,370.66 | -$1,370.66 | | $1,370.66 | $3,531.20 | $0.00 | | | | | | | | |
| | | 01/01/19 | $1,370.66 | -$1,370.66 | | $1,370.66 | $2,160.54 | $0.00 | | | | | | | | |
| Next due | | 02/01/19 | $1,370.66 | $0.00 | | | $2,160.54 | $0.00 | | | | | | | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Eugenia Charmaine Berry**
264 Hidden Hills Dr.
Rock Hill, SC 29730

**Via electronic service:**
**Lemuel Showell Blades, IV**
131 Caldwell Street
PO Box 10671
Rock Hill, SC 29731

**Gretchen D. Holland**
Ch. 13 Trustee Office
20 Roper Corners Circle, Suite C
Greenville, SC 29615

**US Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201

**This 3rd day of May 2019.**

/s/January N. Taylor
January N. Taylor (I.D. 30679)
McMichael Taylor Gray, LLC
3550 Engineering Drive. Suite 260
Peachtree Corners, GA 30092
(404)-474-1749
jtaylor@mtglaw.com